**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| GABRIEL MCMORLAND, | : | **ELECTRONICALLY FILED** |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Civil Action No. 2:24-cv-00164-MRH |
| vs. | : |  |
|  | : | Chief Judge Mark R. Hornak |
| PREMIUM BRANDS OPCO LLC, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Gabriel McMorland and Defendant Premium Brands Opco LLC have reached an agreement in principle that will confidentially resolve the claims alleged in this matter.  Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within 60 days of this notice.

Dated:  June 3, 2024                 Respectfully submitted,

*s/ R. Bruce Carlson*
R. Bruce Carlson (PA ID No. 56657)
Ian M. Brown
CARLSON BROWN
222 Broad Street
Sewickley, PA 15143
Tel:  724-730-1753
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com

Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel:  412-322-9243
nickc@lcllp.com

*Attorneys for Plaintiff*

s/ *Christopher K. Ramsey*
Christopher K. Ramsey (PA ID No. 63293)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219
Tel: 412.560.3323
Fax: 412.560.7001
christopher.ramsey@morganlewis.com

*Attorneys for Defendant*